**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Alicia Dawn Edwards and Wayne Edwards, Defendants,

Of whom Wayne Edwards is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-000915

───────────────

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

───────────────

Unpublished Opinion No. 2023-UP-334
Submitted October 19, 2023 – Filed October 20, 2023

───────────────

**AFFIRMED**

───────────────

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of Greenville, for Appellant.

Kathryn J. Walsh, of South Carolina Department of Social Services, of Spartanburg; and Rebecca Rush Wray, of South Carolina Department of Social Services, of Greenville, both for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

———————

**PER CURIAM:**  Wayne Edwards appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Edwards's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.